UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BENNY GARCIA,<br><br>    Plaintiff,<br><br>v.<br><br>EVOQUA WATER TECHNOLOGIES LLC, et al.,<br><br>    Defendants. | Case No. 5:15-cv-00146-PSG<br><br>**CASE SCHEDULING ORDER**<br><br>**(Re: Docket No. 18)** |

Based on the parties' joint case management statement[1] and the case management conference on May 12, 2015,[2]

IT IS ORDERED that the presumptive limits on discovery set forth in the Federal Rules of Civil Procedure shall apply to this case.

IT IS FURTHER ORDERED that the deadline for joinder of any additional parties, or other amendments to the pleadings, is August 5, 2015.

IT IS FURTHER ORDERED that the parties shall appear for a further status conference on June 23, 2015 at 10:00 AM once Defendant Siemans Water Technologies Corp. has been served.

---

[1] *See* Docket No. 17.

[2] *See* Docket No. 18.

1

Case No. 5:15-cv-00146-PSG
CASE SCHEDULING ORDER

IT IS FURTHER ORDERED that the following schedule and deadlines shall apply to this case:

| | |
|---|---|
| Non-Expert Discovery Cut-off | January 8, 2016 |
| Last Day to File Dispositive Motions | January 22, 2016 |
| Plaintiff's Designation of Experts | March 4, 2016 |
| Defendants' Designation of Experts | March 25, 2016 |
| Designation of Rebuttal Experts | April 15, 2016 |
| Expert Discovery Cut-Off | May 6, 2016 |
| Pre-Trial Conference | May 24, 2016 at 10:00 AM |
| Jury Trial | June 6, 2016 at 1:00 PM |

**SO ORDERED.**

Dated: May 13, 2015

_____
PAUL S. GREWAL
United States Magistrate Judge

2

Case No. 5:15-cv-00146-PSG
CASE SCHEDULING ORDER