**THE PHELPS LAW GROUP**
MARC H. PHELPS, State Bar No. 237036
2030 Main Street, Suite 1300
Irvine, California 92614
Telephone: (949) 260-9111
Facsimile: (949) 260-4754

Attorneys for Plaintiff, BENNY GARCIA

**LITTLER MENDELSON, P.C.**
JAMES E. HART, State Bar No. 194168
2050 Main Street, Suite 900
Irvine, California 92614
Telephone: (949) 705-3000
Facsimile: (949) 724-1201

Attorneys for Defendant, EVOQUA WATER TECHNOLOGIES LLC

GRANTED
Judge Paul S. Grewal

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BENNY GARCIA, an individual,<br><br>Plaintiff,<br><br>v.<br><br>EVOQUA WATER TECHNOLOGIES LLC, a Delaware Limited Liability Corporation; SIEMENS WATER TECHNOLOGIES CORP. a Delaware Corporation, and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No. 5:15-CV-00146-PSG<br><br>**JOINT STIPULATION TAKING CASE MANAGEMENT CONFERENCE OFF CALENDAR** |

1

PLAINTIFF BENNY GARCIA AND DEFENDANT EVOQUA WATER TECHNOLOGIES LLC HEREBY STIPULATE AS FOLLOWS:

WHEREAS, on May 12, 2015, the parties appeared before the Court for a case management conference and the Court set case management dates;

WHEREAS, at the case management conference counsel for Plaintiff stated that he would be serving Defendant Siemens Water Technologies Corp. and the Court therefore set a case management conference for June 23, 2015 in order to allow Siemens to appear;

WHEREAS, Plaintiff attempted to serve Siemens but the service was unsuccessful;

WHEREAS, counsel for Plaintiff and counsel for Evoqua immediately thereafter scheduled a mediation to take place on October 12, 2015 with Jeffrey Ross in San Francisco, Ca. and counsel for Evoqua represented to counsel for Plaintiff that Evoqua is able to settle the claims alleged in full;

WHEREAS, counsel for Evoqua has been in touch with Siemens and has agreed to enter into a tolling agreement whereby Plaintiff will dismiss Siemens without prejudice but the statute of limitations pertaining to Plaintiff's claims against Siemens will be tolled as of the date of Plaintiff's filing of the complaint in this action, should the mediation prove unsuccessful and should Plaintiff discover other information suggesting that Siemens is a proper Defendant;

WHEREAS, given the above events, Plaintiff has decided not to serve Siemens at this time, and therefore the parties request that the June 23, 2015 case management conference be taken off calendar.

Dated:  June 22, 2015                    THE PHELPS LAW GROUP


By: */s/ March H. Phelps*
    Marc H. Phelps
    Counsel for Plaintiff

Dated: June 22, 2015  **LITTLER MENDELSON, P.C.**

By: */s/ Alexa L. Woerner*
　　Alexa L. Woerner
　　Counsel for Defendant

3

**JOINT STIPULATION TAKING CASE MANAGEMENT CONFERENCE OFF CALENDAR**

Firmwide:134212303.1 079855.1013